PROB 34
(1/92)

Report and Order Terminating Probation/
Supervised Release

# United States District Court
## FOR THE
### DISTRICT OF HAWAII

UNITED STATES OF AMERICA

v.                                         Criminal No. 00-00187HG-08

BERT LNU
Later Identified as:
BROOKE LYNN DOUGLAS

It appearing that the above named has complied with the conditions of supervised release imposed by the Order of the Court heretofore made and entered in this case and that the period of supervised release expired on 3/12/2007, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

ROSANNE T. DONOHOE
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 14th day of March, 2007.

HELEN GILLMOR
Chief U.S. District Judge